[No. 6046–9–II.  Division Two.  February 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT JOSEPH WIMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–00454–9, Robert A. Jacques, J., entered November 23, 1981. *Dismissed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5497–7–III.  Division Three.  February 23, 1984.]

FLOYD M. VAUGHN, *Appellant,* v. BOWER MACHINERY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–04620–3, Harold D. Clarke, J., entered November 5, 1982. *Reversed* and *remanded* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 5160–9–III.  Division Three.  February 23, 1984.]

OLGA SIMCHUK, ET AL, *Appellants,* v. HARRY SIMCHUK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01860–7, William J. Grant, J., entered April 13, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J.